IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER CLARK,<br>        Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT,<br>LLC; and DOES 1-10, INCLUSIVE<br><br><br>        Defendants. | CIVIL ACTION NO. 16-CV-11115 |

## NOTICE OF PENDING SETTLEMENT

Defendant, Credence Resource Management, LLC ("Credence"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that Credence has reached a settlement with plaintiff with regards to this case and the parties are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

        Respectfully Submitted,

        Attorney for Defendant,
        Credence Resource Management, LLC


        /s/ Jennifer L. Markowski
        Jennifer L. Markowski, Esq. BBO No. 655927
        Peabody & Arnold LLP
        Federal Reserve Plaza
        600 Atlantic Avenue
        Boston, MA  02210-2261
        Telephone: (617) 951-2010
        Facsimile:  (617) 235-3555
        Email: jmarkowski@peabodyarnold.com

Date:  November 18, 2016

## CERTIFICATE OF SERVICE

I certify that on November 18, 2016 a copy of **Notice of Pending Settlement** was forwarded to all counsel of record, including plaintiff's counsel as described below, by placing a copy of same in the United States Mail, postage prepaid and by electronic mail.

Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Attorneys for Plaintiff

/s/ Jennifer L. Markowski
    Jennifer L. Markowski, Esq.