UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER CLARK,
          Plaintiff,

v.

CREDENCE RESOURCE MANAGEMENT, LLC
and JOHN DOES 1-10, INCLUSIVE,
          Defendants.

CIVIL ACTION
No. 16 cv11115-DPW

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

   The Court having been advised on **November 18, 2016**, that the above-entitled action has been settled with respect to all parties;

  IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party, upon good cause shown within **45 days**, to reopen the action if settlement is not consummated.

BY THE COURT,

/s/ Barbara I Beatty
Deputy Clerk

DATED: November 21, 2016