## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
:
Christopher Clark,                                   :
                                                     :   Civil Action No.:  1:16-cv-11115-DPW
                                                     :
                     Plaintiff,                      :
        v.                                           :
                                                     :
Credence Resource Management, LLC; and               :
DOES 1-10, inclusive,                                :
                                                     :
                     Defendant.                      :
_____            :

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in

the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent

person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-

captioned action is hereby dismissed in its entirety with prejudice and without costs to any party

and with each party waiving all rights of appeal.

Christopher Clark                          Credence Resource Management, LLC


___*/s/ Sergei Lemberg*_____          ___*/s/ Jennifer L. Markowski*_____

Sergei Lemberg, Esq.                       Jennifer L. Markowski, Esq. BBO# 655927
LEMBERG LAW, LLC                           Peabody & Arnold LLP
43 Danbury Road, 3rd Floor                 Federal Reserve Plaza
Wilton, CT  06897                          600 Atlantic Avenue
(203) 653-2250                             Boston, MA 02210
slemberg@lemberglaw.com                    (617) 951-2100
*Attorney for Plaintiff*                   jmarkowski@peabodyarnold.com
                                           *Attorney for Defendant*

_____

SO ORDERED

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 5, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Jennifer L. Markowski, Esq.
Peabody & Arnold, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
*Attorney for Defendant*

By */s/ Sergei Lemberg*
Sergei Lemberg, Esq.

3